# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 15-15303-MDC

        ERIC R. ALEXANDER

        4069 WOODCREST LANE

        COLUMBIA, PA 17512

                Debtor

## CERTIFICATE OF SERVICE

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

       ERIC R. ALEXANDER

       4069 WOODCREST LANE

       COLUMBIA, PA 17512

Counsel for debtor(s), by electronic notice only.

       THOMAS WILLIAM FLECKENSTEIN
       1338 MALLEABLE RD

       COLUMBIA, PA 17512

                           /S/ William C. Miller

Date: 8/23/2016                       _____

                           William C. Miller, Esquire
                           Chapter 13 Standing Trustee