## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC R. ALEXANDER                               Chapter 13

                Debtor              Bankruptcy No. 15-15303-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __29th__ day of __September__, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
THOMAS WILLIAM FLECKENSTEIN
1338 MALLEABLE RD

COLUMBIA, PA 17512

Debtor:
ERIC R. ALEXANDER

4069 WOODCREST LANE

COLUMBIA, PA 17512