United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-15303-mdc
Eric R. Alexander                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: PaulP                 Page 1 of 1               Date Rcvd: Sep 30, 2016
                                Form ID: pdf900             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2016.
```
db             +Eric R. Alexander,    4069 Woodcrest Lane,    Columbia, PA 17512-9604
13570108       +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
13570109       +Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
13570110       +KML Law Group,    TE. 5000 BNY Mellon Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
13791307       +LSF9 Master Participation Trust,    c/o CELINE P. DERKRIKORIAN,    McCabe, Weisberg & Conway PC,
                 123 South Broad Street,    Suite 1400,    Philadelphia, PA 19109-1060
13570112        Lancaster Medical Group,    PO Box 164089,    Columbus, OH 43216-4089
13615362      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Oct 01 2016 02:12:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 01 2016 02:11:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 01 2016 02:12:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13570111       +E-mail/Text: csd1clientservices@cboflanc.com Oct 01 2016 02:12:24     Lancaster Collections,
                 218 W. Orange St.,    Lancaster, PA 17603-3746
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13570113*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC.,    350 Highland Drive,
                 Lewisville, TX 75067)
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    LSF9 Master Participation Trust
               ecfmail@mwc-law.com
              JEROME B. BLANK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              THOMAS W. FLECKENSTEIN    on behalf of Debtor Eric R. Alexander tom@fleckensteinpalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC R. ALEXANDER                                    Chapter 13

                    Debtor              Bankruptcy No. 15-15303-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __29th__ day of __September__, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
THOMAS WILLIAM FLECKENSTEIN
1338 MALLEABLE RD

COLUMBIA, PA 17512

Debtor:
ERIC R. ALEXANDER

4069 WOODCREST LANE

COLUMBIA, PA 17512